KATE WILSON ET AL. v. JAMES M. GIFFORD ET AL.

41 a 417
114 351

*Certiorari—Dismissal.*

Dismissal of a writ of certiorari for being improperly addressed, was denied where the accompanying affidavit made the error harmless, and a return had in fact been made.

MOTION to dismiss writ of certiorari on the ground that it was improperly directed. The writ was directed to one of the defendants as commissioner of highways, and to the other by name, but without official description, and it requires them to certify proceedings taken in an action relating to encroachments on a highway. Submitted and denied October 7.

*A. M. Culver* for the motion.

PER CURIAM. The direction was defective, but the writ is accompanied by an affidavit which describes the respondents properly, and as the writ and affidavit explain each other and a return has in fact been made, it is too late to dismiss the writ.

Motion denied.